IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE JAMES PHILLIPS,

    Petitioner,

v.                                        CASE NO. 4:07-cv-509-RH-AK

DON JARIEL AND
STATE OF GEORGIA,

    Respondents.

_____/

## O R D E R

This cause is before the Court on Petitioner's Notice of Voluntary Dismissal. Doc. 6. As grounds for this notice, Petitioner concedes that the instant petition was filed in the wrong venue. For good cause shown, the Court accepts the notice of voluntary dismissal, and this cause is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this *11th* day of February, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**